UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNY STEWARD,

    Plaintiff,

    v.

ASIEL MOHMOND, et al.,

    Defendants.

No. 2:20-cv-1898 AC P

ORDER

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF Nos. 1, 2. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

    For the reasons stated below, the Clerk of Court will be directed to file the letter docketed September 21, 2020 in Steward v. Mohmond, No. 2:20-cv-1892 AC P ("Steward I") in the instant action. Thereafter, in accord with plaintiff's stated wishes in the Steward I letter, this case will be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

I.    RELEVANT PROCEDURAL HISTORY

    On September 21, 2020, plaintiff filed two civil rights complaints in this court: Steward I and the instant action, referred to here as "Steward II". See Steward I, ECF No. 1; see also Steward II, ECF No. 1 (two complaints with same named defendants and same claims filed on

1

September 21, 2020).  At the same time, in Steward I, plaintiff also filed a letter with the court.  See Steward I, ECF No. 2.  In it, plaintiff states that an "incomplete original" was accidentally sent to the court.  See id., ECF No. 2.  As a result, he asks the court to:  (1) accept the complaint filed in the Steward I case; (2) file the "trust statement"[1] that has been filed in the instant Steward II action in the Steward I action,[2] and (3) either disregard or return the incomplete complaint, which the court presumes is the one that has been filed in the instant Steward II action.  See id., ECF No. 2.

II.     DISCUSSION

The complaint filed in Steward I and the one filed in the instant action are virtually identical with respect to the defendants named and the claims raised.  Compare Steward I, ECF No. 1, with Steward II, ECF No. 1.  Because in Steward I plaintiff asks that the complaint filed in the instant Steward II action either be disregarded or returned to him (see Steward I, ECF No. 2) the court construes the request as a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  Accordingly, the court will direct the Clerk of Court to add plaintiff's Steward I letter to this action's docket and the request for dismissal will be honored.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of Court shall file plaintiff's letter docketed September 21, 2020 in Steward v. Mohmond, No. 2:20-cv-1892 AC (Steward I, ECF No. 2) in this case;

2.  The above-referenced letter is construed as a notice of voluntary dismissal of the instant case; and

3.  This action is VOLUNTARILY DISMISSED.  See Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: September 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The "trust statement" to which plaintiff refers is, in fact, a complete application to proceed in forma pauperis.  See Steward II, ECF No. 2.

[2] At the time plaintiff filed the Steward I letter, he had not filed an in forma pauperis application in that case.  However, on September 25, 2020, in accordance with the Steward I letter, the court directed that the in forma pauperis motion plaintiff has filed in the instant action be filed in Steward I.  See Steward I, ECF No. 5.

2